# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 16–51899–rbk

Chapter No.: 13

IN RE: **Don Acquana Wade**, Debtor(s)

Adversary Proceeding No.: 16–05083–rbk

Judge: Ronald B. King

**Don Acquana Wade**
Plaintiff

v.

**Household Finance Corporation II**
Defendant

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing will be held

at San Antonio Courtroom 1, Hipolito F. Garcia Fed Bldg & Courthouse, 615 E. Houston St., San Antonio, TX 78205

on **1/9/17 at 02:00 PM**

Hearing to Consider and Act Upon the Following: (related document(s): 3 Motion to Dismiss Case Filed by Shari L. Heyen for Defendant Household Finance Corporation II. Hearing Scheduled For 1/9/2017 at 2:00 PM at SA Courtroom 1 (Castleberry, Deanna)

Dated: 11/21/16

Yvette M. Taylor
Clerk, U. S. Bankruptcy Court

[Hearing Notice (AP)] [NtchrgAPap]