**The chapter 13 bankruptcy case was dismissed on November 7, 2016 (Case No. 16-51899, ECF No. 32) and this Court no longer has jurisdiction to grant relief in this adversary proceeding. The relief described hereinbelow is SO ORDERED.**



**Signed January 09, 2017.**

_____
**Ronald B. King**
**Chief United States Bankruptcy Judge**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **In re Don Acquana Wade** | § § | Case Number: 16-51899<br>Chapter 13 |
| **Don Acquana Wade**<br>　　Plaintiff, | § § § | Adversary No.: 16-5083 |
| v. | § § § | |
| **Household Finance Corp. III,**<br>　　Defendant. | § § | |

### ORDER GRANTING THE HOUSEHOLD FINANCE CORPORATION, III'S MOTION TO DISMISS

On this day came to be heard Defendant Household Finance Corporation III's ("Household") Motion to Dismiss and Brief in Support (the "Motion") and, after reviewing the Motion, briefing and arguments of counsel, the Court is of the opinion that the Motion should be, and hereby is, GRANTED.

DAL 79797185v1

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all of Plaintiff's claims and causes of action against the Household are hereby dismissed in their entirety.

###

Proposed Order submitted by:

Peter S. Wahby
State Bar No. 2401I 171
wahbyp@gtlaw.com
Joseph P. Griffith
State Bar No. 24045982
griffithj@gtlaw.com
**GREENBERG TRAURIG, LLP**
2200 Ross Avenue, Suite 5200
Dallas, Texas 75201
Tel: (214) 665-3600
Fax: (214) 665-3601

Shari L. Heyen
State Bar No. 09564750
S.D. Texas Bar No. 13664
heyens@gtlaw.com
**GREENBERG TRAURIG, LLP**
1000 Louisiana, Suite 1700
Houston, Texas 77002
Telephone: (713) 374-3500
Facsimile: (713) 374-3505

ATTORNEYS FOR DEFENDANT
HOUSEHOLD FINANCE
CORPORATION III

###

DAL 79797185v1