IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| In re Don Acquana Wade § | |
| § | |
| Don Acquana Wade, § | Case Number: 16-51899 |
| Plaintiff § | Chapter 13 |
| § | |
| v. § | Adversary No.: 16-5083 |
| § | |
| Household Finance Corp. III § | |
| Defendant. § | |

FILED
JAN 3 0 2017
U.S. BANKRUPTCY COURT
BY _____ DEPUTY

## NOTICE OF APPEAL OF ADVERSARY CASE

On January 9, 2017, Judge Ronald B. King dismissed the adversary action #16-5083.

Don A. Wade, hereby gives timely notice of appeal of Judge King's order.

Respectfully,

*/s/ Don A. Wade*
Don A. Wade
596 Boulder Lane
Dale, Texas 78616
(512) 398-1944

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and correct copy of the attached Notice of Appeal was sent by U. S. Postal Service on January 26, 2017 to:

Dominique Varner
HUGUES, WATERS & ASKANSE LLP
1201 Louisiana, 28th Floor
Houston, Texas 77002

*/s/ Don A. Wade*